1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11
12

Brian Whitaker,

Case No. CV 19-08191-AB (MAAx)

13

Plaintiff,

14

v.

**ORDER DISMISSING CIVIL ACTION**

15

Yousef Gheytanchi, et al.,

16
17

Defendant.

18
19

THE COURT having been advised by a Mediation Report (Dkt. No. 18) that the

20

above-entitled action has been settled;

21

IT IS THEREFORE ORDERED that this action is hereby dismissed without

22

costs and without prejudice to the right, upon good cause shown within **30 days,** to re-

23

open the action if settlement is not consummated. This Court retains full jurisdiction

24

over this action and this Order shall not prejudice any party to this action.

25
26

Dated: February 5, 2020 _____

27

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

28

1.